```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO MINO HERNANDEZ, *individually and on behalf of others similarly situated*, OSMEL RUBEN SOSA NAJERA, *individually and on behalf of others similarly situated*, RAFAEL BASURTO GOMEZ, *individually and on behalf of others similarly situated*, JOSE LUIS MENDEZ, *individually and on behalf of others similarly situated*, MIGUEL MIRANDA, *individually and on behalf of others similarly situated*, ROSALIO PEREZ, *individually and on behalf of others similarly situated*, and ANGEL GEOVANI RAMOS,

                      Plaintiffs,

      v.

LIRA OF NEW YORK INC., *doing business as* Luke's Bar & Grill, LUIGI MILITELO, TOMMY TIN, JONATHAN MATEOS, and LUIGI LUSARDI,

                      Defendants.

20-CV-4457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed their Complaint with this Court on June 10, 2020, Dkt. 1, and summons were issued as to Defendants Lira of New York Inc., Luigi Militelo, Luigi Lusardi, and Tommy Tin on June 11, 2020, Dkts. 7-10, and as to Defendant Jonathan Mateos on August 6, 2020, Dkt. 14. Plaintiffs, however, do not appear to have served the Complaint or summons on Defendants. It is hereby:

      ORDERED that Plaintiffs submit a letter to the Court by October 1, 2020 explaining why they failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiffs believe that Defendants have been served, explaining when and in what manner such service was made.

      IT IS FURTHER ORDERED that if the Court does not receive a letter by October 1,

2020 showing good cause why such service was not made within the 90 days, **the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:     September 24, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge