```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ORLANDO MINO HERNANDEZ, et al.,                   :
                                                  :          20-CV-4457 (RA) (RWL)
                          Plaintiffs,             :
                                                  :
             - against -                          :          **ORDER**
                                                  :
LIRA OF NEW YORK INC., et al.,                    :
                                                  :
                          Defendants.             :
                                                  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiffs' request at Dkt. 30 for a pre-motion conference for
leave to amend.  Plaintiffs request a conference to discuss a motion to amend to add two
plaintiffs as parties.  Defendants oppose.  The Court has considered all submissions and
finds that no conference is necessary.  Plaintiffs may proceed with filing the amended
complaint.  To be clear, this grant of leave does not address and has no bearing on the
parties' arguments regarding whether this action may proceed as a class action or the
viability of plaintiffs' claims or defendants' defenses.  The request for a pre-motion
conference is denied as moot.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2021
        New York, New York

Copies transmitted this date to all counsel of record.