Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4610
NEW YORK NY 10165


548277

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK
ORLANDO MINO HERNANDEZ, ET AL
    Plaintiff
LIRA OF NEW YORK INC D/B/A LUKE'S BAR & GRILL, ET AL
    Defendant

Index / case #: 1:20-CV-04457

**AFFIDAVIT OF SERVICE**

_Kings_ County, State of: _New York_ _Elijah White_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NY_

On _9/13/21_ at _8:34_ am/**pm** at: 1394 3RD AVENUE NEW YORK NY 10075

**Deponent served the within:** AMENDED SUMMONS & FIRST AMENDED COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On: LUIGI MILITELO**
(herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

- [X] **Suitable Age person** — By delivering thereat a true copy of each to: _Diana Staley_ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

- [ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to _be_ _____ thereof.

- [X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at _1394 3rd Avenue New York NY 10075_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [X] **Description**
  - [ ] Male  [X] White skin  [ ] Black hair  [ ] 14-20 Yrs  [ ] Under 5'  [ ] Under 100 Lbs
  - [X] Female  [ ] Black skin  [X] Brown hair  [X] 21-35 Yrs  [ ] 5'0"-5'3"  [ ] 100-130 Lbs
  -    [ ] Yellow skin  [ ] Gray hair  [ ] 36-50 Yrs  [ ] 5'4"-5'8"  [X] 131-160 Lbs
  -    [ ] Brown skin  [ ] Blonde hair  [ ] 51-65 Yrs  [X] 5'9"-6'0"  [ ] 161-200 Lbs
  -    [ ] Red skin  [ ] Red hair  [ ] Over 65 Yrs  [ ] Over 6'  [ ] Over 200 Lbs

  Other Identifying Features _____

- [X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _9/22/2021_

_Elijah White_
(Print name below signature)

_Elijah White 2093436_

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
File No. Reg. No. 01AL6369961
Qualified in Kings County
My Commission Expires: 01/22/22

Work Order No. 548277
SLS Process Serving Co. LLC · 2094823
90 State St. Albany, NY 12207

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-04457-RA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
   a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
   _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: