```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORLANDO MINO HERNANDEZ, et al.,           :
                                          :   20-CV-4457 (RA) (RWL)
                      Plaintiffs,         :
                                          :
          - against -                     :   ORDER
                                          :
LIRA OF NEW YORK INC., et al.,            :
                                          :
                      Defendants.         :
                                          :
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants filed a motion to dismiss, Plaintiffs subsequently amended their complaint, and one or more Defendants answered the amended complaint on July 7, 2021. Since then, Plaintiffs' counsel has been substituted. Accordingly, by **January 20, 2022**, the parties shall file a joint status report addressing status, pending motions, and a proposed schedule for the remainder of the case. The parties shall also indicate whether settlement efforts have been undertaken and whether the parties would find it useful to have a settlement conference with the Court.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
        New York, New York

Copies transmitted this date to all counsel of record.