# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

clela@csm-legal.com

February 15, 2022

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/15/2022
```

Re: Hernandez et al v. Lira of New York Inc. et al
Case No.: 20-cv-4457

Dear Judge Lehrburger:

Our office represents Plaintiffs. We write jointly with counsel for Defendants to request that the pretrial conference, currently scheduled for February 21, 2022, be adjourned to a date after March 14, 2022. The reason for this request is that the Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint has been set at March 14, 2022 by the Court's order of January 31, 2022. This is the first request of this nature and will not affect any upcoming deadlines or dates.

Respectfully submitted,

/s_____
Clela A. Errington
CSM Legal, P.C.
*Attorneys for Plaintiffs*

cc: all counsel via ECF

SO ORDERED:

2/15/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1