UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA
NAJERA, RAFAEL BASURTO GOMEZ, JOSE LUIS
MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ,
ANGEL GEOVANI RAMOS, and PALEMON BENITO
ANTONIO individually and on behalf of others similarly
situated,

20-cv-4457 (RA)

DECLARATION OF
ENZO MATEOS

Plaintiffs,

-against-

LIRA OF NEW YORK INC (D/B/A LUKE'S BAR &
GRILL), LUIGI MILITELO, TOMMY TIN, JONATHAN
MATEOS, and LUIGI LUSARDI,

Defendants.

ENZO MATEOS declares under the penalty of perjury pursuant to 28 U.S.C. §
1746 as follows:

1.      I am the son of Jonathan Mateos, one of the defendants in this action. I
have personal knowledge of the facts contained in this Declaration, which I make at the
request of defendants' counsel in support of their motion to dismiss the Amended Complaint.

2.      During the evening of February 17, 2022, I heard loud, persistent
banging on the front door of my home at 30-13 92nd Street, East Elmhurst, New York, where
I live with my parents. I went to the door and saw a stranger, who asked me if I knew
Jonathan Mateos. I said I did. The stranger handed documents to me and left.

3.      In an affidavit sworn to February 21, 2022, by Nikolai Rael claims to
have asked me whether Jonathan Mateos was "in active military service of the United States
or the State of New York." No such question was asked and no such topic was broached during
this encounter.

4.      Nikolai Rael also claims to have mailed papers to Jonathan Mateos at 30-13 92nd Street, East Elmhurst, New York. I am not authorized to receive or open the mail addressed to my father, and I have never done so.

I declare the foregoing is true and correct.

Executed at New York, New York, March 14, 2022.

Enzo Mateos

ENZO MATEOS