# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620

clela@csm-legal.com

March 29, 2022

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/29/2022

       Re:    Hernandez et al v. Lira of New York Inc. et al
                Case No.: 20-cv-4457

Dear Judge Lehrburger:

      Our office represents Plaintiffs in the above-captioned matter. We write jointly with counsel for Defendants to respectfully request that the pretrial conference currently scheduled for April 5, 2022 be adjourned. The reason for this request is that the Defendants have filed a Motion to Dismiss (Docket No. 95-102). Plaintiffs intend to file a Second Amended Complaint in response to this motion and will do so on or before April 1, 2022 (Docket Nos. 103-104). This is the second request of this nature and will not affect any upcoming deadlines or dates.

                                            Respectfully submitted,

                                            /s_____
                                            Clela A. Errington
                                            CSM Legal, P.C.
                                            *Attorneys for Plaintiffs*

cc:     all counsel via ECF

Request granted. The conference is canceled. By **April 5, 2022**, however, the parties shall file a proposed case management and discovery schedule.

SO ORDERED:

3/29/2022        [signature]
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1