Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


570223

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 1:20-CV-04457

ORLANDO MINO HERNANDEZ, ET AL
    Plaintiff

## AFFIDAVIT OF SERVICE

LIRA OF NEW YORK INC D/B/A LUKE'S BAR & GRILL, ET AL
    Defendant

__Kings__ County, State of: __New York__ __Aaron Jones__ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: __NY__

On __4/7/22__ at __3:52__ am/__pm__ at: __1394 3RD AVENUE NEW YORK NY 10075__
Deponent served the within: AMENDED SUMMONS & SECOND AMENDED COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: LUIGI MILITELO
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: __Diane Staley__ ( __MANAGING AGENT__ ) a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there ____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: ____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be ____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at __1394 3RD AVENUE NEW YORK NY 10075__ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[ ] Male [X] White skin [ ] Black hair [ ] 14-20 Yrs [ ] Under 5' [ ] Under 100 Lbs
[X] Female [ ] Black skin [ ] Brown hair [ ] 21-35 Yrs [ ] 5'0"-5'3" [ ] 100-130 Lbs
    [ ] Yellow skin [ ] Gray hair [X] 36-50 Yrs [ ] 5'4"-5'8" [ ] 131-160 Lbs
    [ ] Brown skin [X] Blonde hair [ ] 51-65 Yrs [X] 5'9"-6'0" [X] 161-200 Lbs
    [ ] Red skin [ ] Red hair [ ] Over 65 Yrs [ ] Over 6' [ ] Over 200 Lbs
Other Identifying Features ____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of ____

[ ] ____

Sworn to before me on __4/13/22__

    _(signature)_
(Print name below signature)
Aaron Jones- 2101664-DCA

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/26

File No. 1:20-CV-04457

**Work Order No. 570223**
SLS PROCESS SERVING COMPANY, LLC-2094823
90 STATE STREET, ALBANY, NY-12207