```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORLANDO MINO HERNANDEZ, et al.,

                Plaintiffs,

     - against -

LIRA OF NEW YORK INC., et al.,

                Defendants.
------------------------------------------------------------X

20-CV-4457 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     On March 27, 2023, the Court granted Defendants' motion to dismiss in part and denied the motion in part. Accordingly, by **April 4, 2023**, the parties shall jointly a file a proposed schedule and plan for the remainder of the case.

                           SO ORDERED.

                           _____
                           ROBERT W. LEHRBURGER
                           UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1