USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORLANDO MINO HERNANDEZ, et al.,

               Plaintiffs,

- against -

LIRA OF NEW YORK INC., et al.,

               Defendants.
------------------------------------------------------------X

20-CV-4457 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Attorneys for Plaintiff Rafael Basurto Gomez have moved to withdraw due to inability to communicate with Mr. Basurto Gomez. Accordingly, if Mr. Basurto Gomez or any party objects to withdrawal of counsel, they shall file a letter to that effect no later than May 19, 2023. If no objections are filed by May 19, 2023, the motion will be granted. Mr. Basurto Gomez will then have until May 30, 2023 to appear by new counsel. If no counsel appears on behalf of Mr. Basurto Gomez by May 30, 2023, Mr. Basurto Gomez will be deemed to be proceeding pro se.

      Plaintiffs' counsel shall serve a copy of this order on Mr. Basurto Gomez by May 11, 2023 and shall file proof of service by May 15, 2023.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2023
      New York, New York

Copies transmitted this date to all counsel of record.

1