USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ORLANDO MINO HERNANDEZ, et al.,

                Plaintiffs,

    - against -

LIRA OF NEW YORK INC., et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-4457 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 11, 2023, the parties submitted a letter requesting extensions to the deadline to complete depositions to October 27, 2023 and the deadline to submit a status report to November 3, 2023 (Dkt. 152), which the Court granted (Dkt. 153). The Court also instructed that any party proposing to move for summary judgment file a letter to that effect by November 3, 2023. (*Id.*) Other than an attorney's request to withdraw (Dkt. 154), the Court has not heard from the parties since that July letter. Accordingly, the parties shall file a status update by November 14, 2023.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2023
       New York, New York

Copies transmitted this date to all counsel of record.