UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORLANDO MINO HERNANDEZ, et al., <br><br>                    Plaintiff(s), <br><br> v. <br><br> LIRA OF NEW YORK INC., et al, <br><br>                    Defendant(s). | 20-CV-4457 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

WHEREAS no party intends to move for summary judgment and "[t]he parties are engaged in serious settlement discussions," ECF No. 157,

It is hereby ORDERED that, should settlement negotiations fail, the following shall apply:

- The parties shall file final pretrial submissions by no later than **February 13, 2024**. Such submissions shall comply with the Court's Individual Civil Rule 5, available at https://nysd.uscourts.gov/hon-dale-e-ho.

- The final pretrial conference shall be held on **February 27, 2024, at 3:00 p.m (E.T.)**. The conference will take place at the Thurgood Marshall Courthouse, in Courtroom 905, located at 40 Foley Square, New York, NY 10007 ("Courtroom 905").

- Trial shall commence on **March 4, 2024, at 11:30 a.m. (E.T.)**, in Courtroom 905.

SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                                               _____
                                                                         DALE E. HO
                                                                 United States District Judge