UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, RAFAEL BASURTO GOMEZ, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, *individually and on behalf of others similarly situated,*

                         *Plaintiffs*,

   -against-

LIRA OF NEW YORK INC (D/B/A LUKE'S BAR & GRILL), LUIGI MILITELO, and LUIGI LUSARDI,

                         *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **20-cv-04457-RA**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On January 4, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, have judgment against LIRA OF NEW YORK INC (D/B/A LUKE'S BAR & GRILL) and LUIGI MILITELO, jointly and severally, in the amount of One Hundred Seventy-One Thousand Dollars and No Cents ($171,000.00), which is inclusive of all claimed damages, pre-judgment interest, attorneys' fees, all accrued costs, and all disbursements.

Dated: _____, 2024

 

                                                                                    _____
                                                                                    JUDGE DALE E. HO
                                                                                    UNITED STATES DISTRICT JUDGE