UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, RAFAEL BASURTO GOMEZ, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, *individually and on behalf of others similarly situated,*

                  *Plaintiffs,*

-against-

LIRA OF NEW YORK INC (D/B/A LUKE'S BAR & GRILL), LUIGI MILITELO, and LUIGI LUSARDI,

                  *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **20-cv-04457-DEH**

[Proposed Form Of] JUDGMENT

## JUDGMENT

On January 2, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, have judgment: (1) against LUIGI LUSARDI in the amount of Four Thousand Dollars and No Cents ($4,000.00), which is inclusive of attorneys' fees and costs.

Dated: January 9, 2024

_____
JUDGE DALE E. HO
UNITED STATES DISTRICT JUDGE
New York, New York