UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERNANDEZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LIRA OF NEW YORK INC., et al., <br><br> Defendant(s). | 20-CV-4457 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On January 4, 2024, the Court ordered that Plaintiffs ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, have judgment against Defendants LIRA OF NEW YORK INC (D/B/A LUKE'S BAR & GRILL) and LUIGI MILITELO, jointly and severally, in the amount of One Hundred Seventy-One Thousand Dollars and No Cents ($171,000.00), which is inclusive of all claimed damages, pre-judgment interest, attorneys' fees, all accrued costs, and all disbursements.  ECF No. 164.

On January 9, 2024, the Court ordered that Plaintiffs ORLANDO MINO HERNANDEZ, OSMEL RUBEN SOSA NAJERA, JOSE LUIS MENDEZ, MIGUEL MIRANDA, ROSALIO PEREZ, ANGEL GEOVANI RAMOS, and PALEMON BENITO ANTONIO, have judgment against Defendants LUIGI LUSARDI in the amount of Four Thousand Dollars and No Cents ($4,000.00), which is inclusive of attorneys' fees and costs.  ECF No. 165.

As agreed by both parties at ECF Nos. 159 and 162, payment shall be made within **thirty (30) days** of the Court entering judgment against Defendants (i.e., by **February 3, 2024**, and **February 8, 2024**, respectively).

As of the filing of this Order, the parties have not filed a proposed judgment against Defendant JONATHAN MATEOS.

Accordingly, it is HEREBY ORDERED that the parties shall file a joint status letter by **February 12, 2024**, (1) indicating whether payment has been tendered; (2) describing the status of claims, if any, against Defendant JONATHAN MATEOS; and (3) stipulating to the dismissal of this case, if applicable.  It is further ORDERED that in the event that any claim remains unresolved and any party seeks further relief, the joint status letter shall indicate the nature of the relief requested and address whether the scheduled trial dates in this case may be removed from the Court's calendar.

SO ORDERED.

Dated: January 10, 2024
New York, New York

_____
DALE E. HO
United States District Judge